In the Matter of the Application of YACHT CLUB CATERING, INC., Respondent, for a Certiorari Order against HENRY E. BRUCKMAN, Chairman, and Others,

Constituting the State Liquor Authority of the State of New York, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.